JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALADIN RUSHDAN,<br><br>                    Plaintiff,<br><br>          v.<br><br>A. BLAIN, ET AL.,<br><br>                    Defendant(s). | Case No. CV 21-3093-ODW (KK)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: December 20, 2021

_____

HONORABLE OTIS D. WRIGHT II
United States District Judge